# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DITRELL ROSHAD JONES,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 2:25-cv-02575-RFB-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  *See* Docket No. 3.  A joint discovery plan must be filed by February 16, 2026.

IT IS SO ORDERED.

Dated: February 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1