LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Allan Powell and*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITRELL ROSHAD JONES,<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; ALLAN POWELL, in his individual and official capacities,<br><br>Defendants. | Case No.: 2:25-cv-02575-RFB-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT**<br>**[ECF No. 26]** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD") and Allan Powell (collectively "Defendants"), along with Plaintiff Ditrell Jones, stipulate and agree to extend by four days the deadline for Defendants to submit a Reply in support of Defendants' Motion for Summary Judgment, (ECF No. 26). The current deadline is August 17, 2026; the new deadline will become August 21, 2026. This stipulation arises under Local Rule IA 6-1. This request for additional time arises because of recent travel by the undersigned counsel for Defendants to attend oral argument with the Ninth Circuit on August 11, 2026, which involved a flight date on August 10, 2026, and return date late on August 12, 2026. This minimal extension will not delay

proceedings because a trial date is not set and the deadline to file a Joint Pretrial Order was automatically stayed once the Motion for Summary Judgment was filed.

DATED this 13th day of August, 2026.

By: /s/ Kristopher J. Kalkowski
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
***Attorneys for Defendants Allan Powell and***
***Las Vegas Metropolitan Police Department***

By: /s/ Ditrell Rashad Jones
Ditrell Roshad Jones
104 Frad Ave.
North Las Vegas, NV 89031
***Plaintiff, pro se***

**IT IS SO ORDERED.**

**DATED:** August 14, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**